# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| **CHRISTA GROVER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| VS. ) | No. _____ |
| ) | **JURY DEMAND** |
| **WAL-MART STORES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF REMOVAL

Defendant hereby gives notice of the removal pursuant to 28 U.S.C. § 1441 et. seq., of the following action filed against it: Christa Grover v. Wal-Mart Stores, Inc., No. CV-1204, in the Circuit Court for Giles County, Tennessee.

This is a suit of wholly civil nature filed in Tennessee state court. The action is pending in the Circuit Court for Giles County, Tennessee. Under 28 U.S.C.A. §§ 123(a)(1) and 1441(a), the United States District Court for the Middle District of Tennessee, Columbia Division, is a proper forum for removal.

This Court has original jurisdiction pursuant to 28 U.S.C.A. § 1332 because there is complete diversity of citizenship and the amount in controversy exceeds $75,000. The complaint prays that "Plaintiff be awarded compensatory and punitive damages." Plaintiff's attorney, Jonathan Lawrence, confirmed in a December 9, 2022, phone call with Defendant's attorney, Elle Kern, that Plaintiff's damages exceed $75,000. Plaintiff is a resident and citizen of Giles County, Tennessee.

Wal-Mart Stores East, LP, is the entity that operated the store on the date of this accident. Wal-Mart Stores, Inc., is not a proper party to this action. Defendant may be referred to as "Wal-Mart" in this document. It is expected that Wal-Mart Stores East, LP, will be substituted as the proper defendant in this matter.

Wal-Mart Stores East, LP is a Delaware limited partnership. The general partner is WSE Management, LLC, a Delaware limited liability company. The limited partner is WSE Investment, LLC, a Delaware limited liability company. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC fka Wal-Mart Stores East, Inc., an Arkansas limited liability company. The sole member of Wal-Mart Stores East, LLC is Walmart Inc. fka Wal-Mart Stores, Inc., a Delaware corporation. There are no other owners of Wal-Mart Stores East, LLC. Walmart Inc. is and was at the times plaintiff's complaint was filed and this matter being removed to this Court a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas. Walmart Inc. is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT. No publicly traded entity owns more than 10% of Walmart Inc. The principal place of business for all entities mentioned is 702 S.W. 8th Street, Bentonville, Arkansas 72716.

Defendant received a copy of the complaint via e-mail on November 17, 2022. Defendant has not yet been served with process. A copy of the complaint is attached as Exhibit A. Fewer than thirty days have expired since Defendant received the complaint. This Notice of Removal is timely filed as set forth in 28 U.S.C. §1446(b).

WHEREFORE, Defendant hereby gives notice of the removal of this action pending in the Circuit Court for Giles County, Tennessee, to the United States District Court for the Middle District of Tennessee, Columbia Division, and requests that the proceedings be held thereon.

/s/ Elle G. Kern
G. Andrew Rowlett, No. 16277
Elle G. Kern, No. 34301
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
arowlett@howell-fisher.com
ekern@howell-fisher.com
#615/244-3370
Attorneys for defendant

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was electronically filed with the Court and was served by U.S. Mail, postage prepaid, upon:

Jonathan L. Griffith, Esq.
Jonathan Lawrence, Esq.
GRIFFITH LAW, P.L.L.C.
256 Seaboard Lane, Suite E-106
Franklin, TN 37067
jonathan@griffithinjurylaw.com

      this the 14th day of December, 2022.

                                              /s/ Elle G. Kern