IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| CHRISTA GROVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 1:22-cv-00050 |
| | ) | JURY DEMAND |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

*The motion, DE 9, is GRANTED.*

*/s/ Barbara D. Holmes*

**DEFENDANT'S MOTION TO ALLOW ASSOCIATE ATTORNEY ELLE G. KERN TO PARTICIPATE IN THE INITIAL CASE MANAGEMENT CONFERENCE**

Per the 12/15/22 Notice of Setting of Initial Case Management Conference (DE #4), lead counsel for each party is required to participate in the initial case management conference on 3/2/23. Defendant moves the Court to allow associate attorney, Elle G. Kern, to participate in the initial case management conference in the place of lead counsel, G. Andrew Rowlett. Ms. Kern has full knowledge of the details of this matter and has authority to make decisions regarding scheduling. Ms. Kern will also have access to lead counsel's trial calendar during the initial case management conference.

Based on the above, Defendant requests that this Court allow associate attorney, Elle G. Kern, to participate in the initial case management conference on 3/2/23, in the place of lead counsel, G. Andrew Rowlett.

s/ Elle G. Kern
G. Andrew Rowlett, No. 16277
Elle G. Kern, No. 34301
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
#615/244-3370
arowlett@howell-fisher.com
ekern@howell-fisher.com
Attorneys for Defendant