# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| CHRISTA GROVER, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) No. 1:22-cv-00050 |
| | ) JURY DEMAND |
| WAL-MART STORES, INC., | ) ) |
| Defendant. | ) |

## JOINT MOTION FOR ENTRY OF AGREED STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

The parties jointly move the Court to dismiss this matter with prejudice pursuant to Fed. R. Civ. P. 41.

The parties also jointly move the Court to enter their proposed agreed stipulation and order of dismissal with prejudice pursuant to Fed. R. Civ. P. 41.

The Court should grant this motion because (1) this motion is jointly made by all parties; (2) the proposed agreed stipulation and order of dismissal with prejudice has been agreed to by all parties (Rule 41 provides that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared); and (3) entering the proposed agreed stipulation and order of dismissal with prejudice would be the appropriate disposition of this matter.

/s/ G. Andrew Rowlett
G. Andrew Rowlett, No. 016277
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
#615/244-3370
arowlett@howell-fisher.com
Attorney for Defendant

/s/ Jonathan Lawrence (w/express permission by GAR)
Jonathan L. Griffith, No. 019405
Jonathan Lawrence, No. 033084
GRIFFITH LAW, P.L.L.C.
114 Cool Springs Blvd
Franklin, TN 37067
(615) 823-8233
john@griffithinjurylaw.com
jonathan@griffithinjurylaw.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed with the Court and was served by ECF only upon:

Jonathan L. Griffith
Jonathan Lawrence
GRIFFITH LAW, P.L.L.C.
114 Cool Springs Blvd
Franklin, TN 37067
john@griffithinjurylaw.com
jonathan@griffithinjurylaw.com

this the 15th day of July, 2024.

/s/ G. Andrew Rowlett