# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| CHRISTA GROVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 1:22-cv-00050 |
| | ) JURY DEMAND |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

**AGREED STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

This matter came before the Court on the parties' joint motion for entry of an agreed stipulation and order of final dismissal with prejudice pursuant to Fed. R. Civ. P. 41. It appears to the Court, as evidenced by the signatures of the parties' respective counsel below, that all matters in controversy have been compromised and settled. Further, plaintiff and plaintiff's counsel represent, by plaintiff's counsel's signature below, that they have or will comply with all requirements of T.C.A. § 71-5-117 regarding TennCare and Medicare, that plaintiff has no child support liens or arrearages outstanding or currently owed, and that all liens, of any type or kind, including, but not limited to, TennCare and/or Medicare, will be satisfied by plaintiff from the settlement proceeds as required by law.

Based on the agreement of the parties, the joint motion of the parties, and the record as a whole, it appears to the Court that the parties' joint motion should be granted and that this matter should be dismissed with prejudice.

It is therefore ORDERED, ADJUDGED, AND DECREED that the parties' joint motion is hereby GRANTED and that this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

IT IS SO ORDERED on this ___ day of _____, 2024.

                                          **JUDGE**

**APPROVED FOR ENTRY:**

*/s/ G. Andrew Rowlett*
G. Andrew Rowlett, No. 016277
HOWELL & FISHER, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203
(615) 244-3370
Attorney for defendant


/s/ Jonathan Lawrence (with express permission by GAR)
Jonathan L. Griffith, No. 019405
Jonathan Lawrence, No. 033084
GRIFFITH LAW, P.L.L.C.
114 Cool Springs Blvd
Franklin, TN 37067
(615) 823-8233
john@griffithinjurylaw.com
jonathan@griffithinjurylaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was electronically filed with the Court and was served by ECF only upon:

  Jonathan L. Griffith
  Jonathan Lawrence
  GRIFFITH LAW, P.L.L.C.
  114 Cool Springs Blvd
  Franklin, TN 37067
  john@griffithinjurylaw.com
  jonathan@griffithinjurylaw.com

      this the 15th day of July, 2024.

                                      /s/ G. Andrew Rowlett