# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| CHRISTA GROVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 1:22-cv-00050 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| WAL-MART STORES, INC., | ) MAGISTRATE JUDGE HOLMES |
| | ) |
| Defendant. | ) |

## ORDER

This matter came before the Court on the parties' joint motion for entry of an agreed stipulation and order of final dismissal with prejudice pursuant to Fed. R. Civ. P. 41. (Doc. No. 29). It appears to the Court, as evidenced by the signatures of the parties' respective counsel below, that all matters in controversy have been compromised and settled. Further, plaintiff and plaintiff's counsel represent, by plaintiff's counsel's signature below, that they have or will comply with all requirements of T.C.A. § 71-5-117 regarding TennCare and Medicare, that plaintiff has no child support liens or arrearages outstanding or currently owed, and that all liens, of any type or kind, including, but not limited to, TennCare and/or Medicare, will be satisfied by plaintiff from the settlement proceeds as required by law.

Based on the agreement of the parties, the joint motion of the parties, and the record as a whole, it appears to the Court that the parties' joint motion should be granted and that this matter should be dismissed with prejudice.

Accordingly, pursuant to the stipulation of the parties, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

*/s/ G. Andrew Rowlett*
G. Andrew Rowlett, No. 016277
HOWELL & FISHER, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203
(615) 244-3370
Attorney for defendant

*/s/* Jonathan Lawrence (with express permission by GAR)
Jonathan L. Griffith, No. 019405
Jonathan Lawrence, No. 033084
GRIFFITH LAW, P.L.L.C.
114 Cool Springs Blvd
Franklin, TN 37067
(615) 823-8233
john@griffithinjurylaw.com
jonathan@griffithinjurylaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Court and was served by ECF only upon:

Jonathan L. Griffith
Jonathan Lawrence
GRIFFITH LAW, P.L.L.C.
114 Cool Springs Blvd
Franklin, TN 37067
john@griffithinjurylaw.com
jonathan@griffithinjurylaw.com

this the 15th day of July, 2024.

*/s/* G. Andrew Rowlett